```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 22161
  LORRAINE G STRAGAND
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

          Debtor
  SSN XXX-XX-8052
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/03/05 and confirmed on 08/25/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  10400.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | 1584.86 | 66.54 | 1584.86 |
| ASSOC PATHOLOGISTS OF JO | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1138.99 | .00 | 1138.99 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CARDIOLOGY INTERPRETATIO | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE PATHOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| HEARTLAND CARDIOVASCULAR | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGICAL | UNSECURED | NOT FILED | .00 | .00 |
| NORTH AMERICA CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2263.37 | .00 | 2263.37 |
| PRAIRIE EMERGENCY SERVIC | UNSECURED | 548.00 | .00 | 548.00 |
| ST JOSEPH MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| WEST SUBURBAN CARDIOLOGI | UNSECURED | NOT FILED | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 2279.64 | .00 | 2279.64 |

          Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 3864.50 | .00 | 3950.36 | .00 | 7814.86 |
| PRINCIPAL PAID | 3864.50 | .00 | 3950.36 | .00 | 7814.86 |
| INTEREST PAID | 66.54 | .00 | .00 | .00 | 66.54 |
| TOTAL PAID | 3931.04 | .00 | 3950.36 | .00 | 7881.40 |

The Debtor's attorney, RONALD D CUMMINGS           , was allowed $    2700.00
and was paid $    806.00  direct and $    1894.00  through the plan.

The Trustee received $     393.17 .

Refunds to the Debtor totaled $    231.43 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 11/15/07                        /S/
                                        GLENN STEARNS
                                      CHAPTER 13 TRUSTEE